UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY COURTHOUSE

| | | |
|---|---|---|
| CAROL MABON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 10-CV-2698 EFM/DJW |
| | ) | |
| RECEIVABLES PERFORMANCE | ) | |
| MANAGEMENT LLC, | ) | |
| | ) | |
| Defendant. | ) | |

**PLAINTIFF'S COMPLAINT AND DEMAND FOR JURY TRIAL**

CAROL MABON (Plaintiff), through her attorneys, KROHN & MOSS, LTD., alleges the following against RECEIVABLES PERFORMANCE MANAGEMENT, LLC (Defendant):

**INTRODUCTION**

1. Plaintiff's Complaint is based on the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. 1692, *et seq.*

2. Defendant acted through its agents, employees, officers, members, directors, heirs, successors, assigns, principals, trustees, sureties, subrogees, representatives, and insurers.

**JURISDICTION AND VENUE**

3. Jurisdiction of this court arises pursuant to 15 U.S.C. 1692k(d), which states that such actions may be brought and heard before "any appropriate United States district court without regard to the amount in controversy."

4. Defendant conducts business in the state of Kansas, and therefore, personal jurisdiction is established.

5. Venue is proper pursuant to 28 U.S.C. 1391(b)(2).

## PARTIES

6. Plaintiff is a natural person residing in Shawnee, Johnson County, Kansas.

7. Plaintiff is a consumer as that term is defined by 15 U.S.C. 1692a(3), and according to Defendant, Plaintiff allegedly owes a debt as that term is defined by 15 U.S.C. 1692a(5).

8. Defendant is a debt collector as that term is defined by 15 U.S.C. 1692a(6), and sought to collect a consumer debt from Plaintiff.

9. Defendant is a collection agency that in the ordinary course of business, regularly, on behalf of itself or others, engages in debt collection.

10. Defendant is a collection agency with a business office in Lynnwood, Washington.

## FACTUAL ALLEGATIONS

11. Defendant places several collection calls per week, almost daily, to Plaintiff seeking and demanding payment for an alleged debt, on behalf of the original creditor, Jefferson Capital (Defendant's internal Reference Number assigned to Plaintiff: 25861422).

12. Plaintiff's alleged debt owed to Jefferson Capital arises from transactions for personal, family, and household purposes.

13. Defendant calls from 240-210-7113 and 800-618-6416.

14. Defendant calls Plaintiff on her mobile telephone number.

## COUNT I
## DEFENDANT VIOLATED THE FAIR DEBT COLLECTION PRACTICES ACT

15. Defendant violated the FDCPA based on the following:

    a. Defendant violated §1692d of the FDCPA by engaging in conduct that the natural consequences of which was to harass, oppress, and abuse Plaintiff in connection with the collection of an alleged debt.

    b. Defendant violated §1692d(5) of the FDCPA by causing a telephone to ring repeatedly and continuously with the intent to annoy, abuse, and harass Plaintiff.

WHEREFORE, Plaintiff, CAROL MABON, respectfully requests judgment be entered against Defendant, RECEIVABLES PERFORMANCE MANAGEMENT, LLC, for the following:

16. Statutory damages of $1,000.00 pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k,

17. Costs and reasonable attorneys' fees pursuant to the Fair Debt Collection Practices Act, 15 U.S.C. 1692k

18. Any other relief that this Honorable Court deems appropriate.

## DEMAND FOR JURY TRIAL

PLEASE TAKE NOTICE that Plaintiff, CAROL MABON, demands a jury trial in this case. Plaintiff designates Kansas City as place for trial

Dated:  December 13, 2010    RESPECTFULLY SUBMITTED,

    KROHN & MOSS, LTD.

BY:  /s/ Adam Maxwell

Adam Maxwell
Krohn & Moss, Ltd.
120 W. Madison St. - 10th Floor
Chicago, IL  60602
Tel: (312) 578-9428 ext 281
Fax: 866-620-2956
amaxwell@consumerlawcenter.com
Attorney for Plaintiff,
CAROL MABON

## VERIFICATION OF COMPLAINT AND CERTIFICATION

STATE OF KANSAS

Plaintiff, CAROL MABON, states the following:

1. I am the Plaintiff in this civil proceeding.
2. I have read the above-entitled civil Complaint prepared by my attorneys and I believe that all of the facts contained in it are true, to the best of my knowledge, information and belief formed after reasonable inquiry.
3. I believe that this civil Complaint is well grounded in fact and warranted by existing law or by a good faith argument for the extension, modification or reversal of existing law.
4. I believe that this civil Complaint is not interposed for any improper purpose, such as to harass any Defendant(s), cause unnecessary delay to any Defendant(s), or create a needless increase in the cost of litigation to any Defendant(s), named in the Complaint.
5. I have filed this Complaint in good faith and solely for the purposes set forth in it.

Pursuant to 28 U.S.C. § 1746(2), I, CAROL MABON, hereby declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

12/13/2010
Date

Carol Mabon
CAROL MABON