UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS
KANSAS CITY COURTHOUSE

| | |
|---|---|
| CAROL MABON, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § No. 2:10-cv-02698-EFM -DJW |
| | § |
| RECEIVABLES PERFORMANCE | § |
| MANAGEMENT LLC, | § |
| Defendant. | § |

## NOTICE OF SETTLEMENT

"NOW COMES the Plaintiff, CAROL MABON, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days."

Plaintiff therefore requests that this honorable court vacate all dates currently set on calendar for the present matter.

Dated:  February 4, 2011　　　　　　　RESPECTFULLY SUBMITTED,

　　　　　　　　　　　　　　　　　　KROHN & MOSS, LTD.

　　　　　　　　　　　　　BY:　　/s/ Adam Maxwell

　　　　　　　　　　　　　　　　Adam Maxwell
　　　　　　　　　　　　　　　　Krohn & Moss, Ltd.
　　　　　　　　　　　　　　　　120 W. Madison St. - 10th Floor
　　　　　　　　　　　　　　　　Chicago, IL  60602
　　　　　　　　　　　　　　　　Tel: (312) 578-9428 ext 281
　　　　　　　　　　　　　　　　Fax: 866-620-2956
　　　　　　　　　　　　　　　　amaxwell@consumerlawcenter.com
　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　CAROL MABON

## CERTIFICATE OF SERVICE

        I hereby certify that on February 4, 2011, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  I further certify that on February 4, 2011, I served all counsel of record with a copy of this document by way of the CM/ECF system.

        By: /s/ Adam Maxwell
            Adam Maxwell